**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.   **CV 08-4746-JFW(AGRx)**                                Date: **August 5, 2008**

Title:   **Patricia Roach v. Kaiser Permanente Long Term Disability Plan, et al.**

================================================================
PRESENT: HON. **ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE**

>    S. Mikhail for
>    **Ellen Matheson**            None
>    Deputy Clerk                  Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
None present                            None present

**PROCEEDINGS:** (In Chambers) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH LOCAL RULE 3-2 AND SCHEDULING ORDER TO SHOW CAUSE HEARING BEFORE THE CHIEF JUDGE

On July 25, 2008, this Court issued an Order to Comply With General Order 08-02, which requires that all manually filed civil initiating documents be submitted in electronic form (PDF format only) within twenty-four hours of the date the civil initiating document is filed. Counsel have failed to comply with that Order of Court.

IT IS HEREBY ORDERED that counsel appear in person before Chief Judge Alicemarie H. Stotler, on **September 22, 2008, at 1:30 p.m.**, Courtroom 10A, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California, to show cause why monetary sanctions should not be imposed against counsel pursuant to Local Rule 83-7(a), for failure to comply with Local Rule 3-2.

A written response to this Order to Show Cause shall be filed no later than **September 11, 2008.** Failure to do so will result in the matter being submitted to the Court without hearing and be deemed consent to the imposition of sanctions.

The Clerk shall serve this minute order on all parties/counsel in this action.

**cc: Judge John F. Walter**

                                                          :
                                  Initials of Deputy Clerk:   sdm