ALTMAN & RAY LLP
SARA SMITH RAY  Bar No. 140564
sray@smithray.com
6250 Platt Avenue, #564
West Hills, CA  91307
Telephone: (818) 907-6900
Facsimile: (818) 907-6906

JS-6

Attorney for Plaintiff Patricia Roach

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| PATRICIA ROACH, | CASE NO. CV08-4746-JFW (AGRx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| KAISER PERMANENTE LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |

The Court finds that MetLife incorrectly denied Plaintiff LTD benefits under the "own occupation" definition of disability under the Plan.  Plaintiff is entitled to disability benefits through February 25, 2006, the last day that the administrative record evidences that Plaintiff was disabled. (AR 0106) The Court does not consider whether Plaintiff is entitled to any benefits beyond February 25, 2006, or whether Plaintiff is entitled to benefits under the "any occupation" definition of disability under the Plan. The Court remands this action to MetLife for purposes of a calculation of benefits in accordance with these Findings of Fact and Conclusions of Law ("FFCL"), and for determination of whether the Plaintiff is entitled to LTD benefits beyond February 25, 2006.

Dated:  June 1, 2009

_____
THE HONORABLE JOHN F. WALTER,
United States District Judge